Certificate Number: 15317-NJ-DE-038480498

Bankruptcy Case Number: 24-13478



15317-NJ-DE-038480498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2024, at 12:20 o'clock PM PDT, Anthony E Snook completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 15, 2024                          By:      /s/Rolyn Martinada

Name:   Rolyn Martinada

Title:   Credit Counselor