Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−13478−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony E Snook
   367 Ann Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 22, 2024.

Dated: July 22, 2024
JAN: slm

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 24-13478-RG

Anthony E Snook                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2

Date Rcvd: Jul 22, 2024      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony E Snook, 367 Ann Street, Phillipsburg, NJ 08865-3353 |
| 520293841 | + | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 520215618 | + | Glia Group LLC, 1662 East 24th Street, Brooklyn, NY 11229-2402 |
| 520215622 | | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St,, Chicago, IL 60601 |
| 520215624 | + | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 520288097 | + | Town of Phillipsburg, 120 Filmore Street, Room 101, Phillipsburg, NJ 08865-2421 |
| 520215628 | + | Town of Phillipsburg, Tax/Sewer Offices, 120 Filmore Street, Phillipsburg, NJ 08865-2421 |
| 520215629 | + | Town of Phillipsburg, Offices of TAX COLLECTOR, 675 Corliss Ave, Phillipsburg, NJ 08865-1698 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 22 2024 20:28:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 22 2024 20:28:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520293840 | + | Email/Text: bkattorneynotices@gmail.com | Jul 22 2024 20:27:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 520215614 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 22 2024 20:37:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520215615 | + | Email/Text: famc-bk@1stassociates.com | Jul 22 2024 20:28:00 | First Access, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 520215616 | + | Email/Text: famc-bk@1stassociates.com | Jul 22 2024 20:28:00 | First Digital Card, PO Box 23045, Columbus, GA 31902-3045 |
| 520215617 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 22 2024 20:37:21 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 520215619 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 22 2024 20:28:00 | Internal Revenue Service, PO Box 9052, Andover, MA 01810 |
| 520267904 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 22 2024 20:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520215621 | ^ | MEBN | Jul 22 2024 20:26:37 | KML LAW GROUP PC, MICHAEL T. MCKEEVER ESQ, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 520215620 | ^ | MEBN | Jul 22 2024 20:26:36 | KML LAW GROUP PC, KRISTINA G. MURTHA ESQ, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 520292228 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 22 2024 20:37:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| 520215626 | | Email/Text: cscommunications@mrvbanks.com | Jul 22 2024 20:28:00 | REVVI VISA, PO BOX 5238, Sioux Falls, SD 57117-5238 |
| 520218512 | + | Email/Text: famc-bk@1stassociates.com | Jul 22 2024 20:28:00 | MRV Banks, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 520296910 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 22 2024 20:27:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 520215625 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2024 20:27:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |
| 520291440 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 22 2024 20:27:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520218498 | ^ | MEBN | Jul 22 2024 20:27:11 | Synovus Bank, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 520215627 | + | Email/Text: famc-bk@1stassociates.com | Jul 22 2024 20:28:00 | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 520288443 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 22 2024 20:37:41 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| 520215623 | | partner |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2024       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2024 at the address(es) listed below:

| Name | Email Address |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Anthony E Snook joan@joanlaverylaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4