UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Anthony Snook,

Debtor.

Case No.:   24-13478-RG

Chapter:   13

Hearing Date:   11/20/2024

Judge:   Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief re: 367 Ann Street, Phillipsburg, NJ (Docket # 20)

_____

Date: 7/2/2020                                   /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*