JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ  07840

Re:   ANTHONY E SNOOK
      367 ANN STREET
      PHILLIPSBURG,  NJ  08865

Atty:   JOAN SIRKIS WARREN
        LAVERY & SIRKIS
        699 WASHINGTON STREET
        SUITE 103
        HACKETTSTOWN, NJ  07840

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
#### Chapter 13 Case # 24-13478

## RECEIPTS AS OF 01/01/2025   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/13/2024 | $350.00 | | 06/11/2024 | $350.00 | |
| 07/12/2024 | $350.00 | | 08/12/2024 | $350.00 | |
| 09/09/2024 | $350.00 | 9607802309 | 10/21/2024 | $360.00 | 29182156738 |
| 11/19/2024 | $430.00 | 29182160496 | 12/18/2024 | $460.00 | 29182161148 |

**Total Receipts: $3,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 211.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,000.00 | 100.00% | 2,816.50 | 183.50 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LVNV FUNDING LLC | UNSECURED | 478.01 | 100.00% | 0.00 | 478.01 |
| 0002 | LVNV FUNDING LLC | UNSECURED | 450.53 | 100.00% | 0.00 | 450.53 |
| 0003 | SYNOVUS BANK | UNSECURED | 446.00 | 100.00% | 0.00 | 446.00 |
| 0004 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | GLIA GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | UNITED STATES TREASURY/IRS | PRIORITY | 240.49 | 100.00% | 0.00 | 240.49 |
| 0009 | OPPLOANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC BANK NA | (NEW) Prepetition A | 5,651.17 | 100.00% | 0.00 | 5,651.17 |
| 0011 | PNC BANK, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MRV BANKS | UNSECURED | 459.38 | 100.00% | 0.00 | 459.38 |
| 0013 | TOTAL VISA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | TOWN OF PHILLIPSBURG | PRIORITY | 9,480.20 | 100.00% | 0.00 | 9,480.20 |
| 0015 | TOWN OF PHILLIPSBURG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | TOTAL VISA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-13478**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0020 | UNITED STATES TREASURY/IRS | UNSECURED | 50.99 | 100.00% | 0.00 | 50.99 |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 548.16 | 100.00% | 0.00 | 548.16 |
| 0022 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 555.06 | 100.00% | 0.00 | 555.06 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 439.87 | 100.00% | 0.00 | 439.87 |
| 0024 | CAPITAL COMMUNITY BANK | UNSECURED | 1,174.21 | 100.00% | 0.00 | 1,174.21 |
| 0025 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 15.50 | 100.00% | 0.00 | 15.50 |
| 0026 | PNC BANK NA | (NEW) MTG Agree | 1,610.72 | 100.00% | 0.00 | 1,610.72 |

**Total Paid:  $3,027.60**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $3,000.00          -     Paid to Claims: $0.00          -     Admin Costs Paid: $3,027.60     =     Funds on Hand: $432.40

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.