Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−13478−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony E Snook
   367 Ann Street
   Phillipsburg, NJ 08865

Social Security No.:
   xxx−xx−9888

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 25, 2025.

Dated: February 25, 2025
JAN: rah

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-13478-RG
Anthony E Snook  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3
Date Rcvd: Feb 25, 2025     Form ID: plncf13     Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony E Snook, 367 Ann Street, Phillipsburg, NJ 08865-3353 |
| 520215618 | + | Glia Group LLC, 1662 East 24th Street, Brooklyn, NY 11229-2402 |
| 520215622 | | OppLoans, Attn: Bankruptcy, One Prudential Plaza, 130 E Randolph St,, Chicago, IL 60601 |
| 520215624 | + | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |
| 520288097 | + | Town of Phillipsburg, 120 Filmore Street, Room 101, Phillipsburg, NJ 08865-2421 |
| 520215628 | + | Town of Phillipsburg, Tax/Sewer Offices, 120 Filmore Street, Phillipsburg, NJ 08865-2421 |
| 520215629 | + | Town of Phillipsburg, Offices of TAX COLLECTOR, 675 Corliss Ave, Phillipsburg, NJ 08865-1698 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 25 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 25 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520293840 | + | Email/Text: bkattorneynotices@gmail.com | Feb 25 2025 21:02:00 | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 520293841 | ^ | MEBN | Feb 25 2025 20:54:52 | Capital Community Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3300, Chicago, IL 60601-6313 |
| 520215614 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 25 2025 21:30:19 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520215615 | + | Email/Text: famc-bk@1stassociates.com | Feb 25 2025 21:03:00 | First Access, PO Box 84930, Sioux Falls, SD 57118-4930 |
| 520215616 | + | Email/Text: famc-bk@1stassociates.com | Feb 25 2025 21:03:00 | First Digital Card, PO Box 23045, Columbus, GA 31902-3045 |
| 520215617 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 25 2025 21:15:01 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 520215619 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 25 2025 21:03:00 | Internal Revenue Service, PO Box 9052, Andover, MA 01810 |
| 520267904 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 25 2025 21:03:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520215621 | ^ | MEBN | Feb 25 2025 20:53:51 | KML LAW GROUP PC, MICHAEL T. MCKEEVER ESQ, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 520215620 | ^ | MEBN | | |

Case 24-13478-RG    Doc 29    Filed 02/27/25    Entered 02/28/25 00:14:14    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: plncf13 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 25 2025 20:53:50 | KML LAW GROUP PC, KRISTINA G. MURTHA ESQ, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 520292228 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 25 2025 21:14:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520215626 | | Email/Text: cscommunications@mrvbanks.com | Feb 25 2025 21:03:00 | REVVI VISA, PO BOX 5238, Sioux Falls, SD 57117-5238 |
| 520218512 | + | Email/Text: famc-bk@1stassociates.com | Feb 25 2025 21:03:00 | MRV Banks, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 520296910 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Feb 25 2025 21:02:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 520215625 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 21:02:00 | PNC Bank, NA, PO Box 5570, Cleveland, OH 44101-0570 |
| 520291440 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 25 2025 21:02:00 | PNC Bank, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520218498 | ^ | MEBN | Feb 25 2025 20:54:15 | Synovus Bank, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 520215627 | + | Email/Text: famc-bk@1stassociates.com | Feb 25 2025 21:03:00 | Total Visa, Attn: Bankruptcy, Po Box 84930, Sioux Falls, SD 57118-4930 |
| 520288443 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 25 2025 21:15:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520215623 | | partner |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Debtor Anthony E Snook joan@joanlaverylaw.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 25, 2025 | Form ID: plncf13 | Total Noticed: 28 |

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4