JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

Re: ANTHONY E SNOOK
367 ANN STREET
PHILLIPSBURG, NJ 08865

Atty: JOAN SIRKIS WARREN
LAVERY & SIRKIS
699 WASHINGTON STREET
SUITE 103
HACKETTSTOWN, NJ 07840

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 24-13478**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/13/2024 | $350.00 | | 06/11/2024 | $350.00 | |
| 07/12/2024 | $350.00 | | 08/12/2024 | $350.00 | |
| 09/09/2024 | $350.00 | 9607802309 | 10/21/2024 | $360.00 | 29182156738 |
| 11/19/2024 | $430.00 | 29182160496 | 12/18/2024 | $460.00 | 29182161148 |
| 01/14/2025 | $460.00 | | 02/11/2025 | $460.00 | |
| 03/11/2025 | $465.00 | | 04/11/2025 | $465.00 | |
| 05/22/2025 | $465.00 | | 06/27/2025 | $200.00 | 29182168282 |
| 06/27/2025 | $240.00 | 38025266242 | 07/14/2025 | $465.00 | |
| 08/14/2025 | $465.00 | | 09/15/2025 | $465.00 | |
| 10/15/2025 | $465.00 | | 11/17/2025 | $465.00 | |
| 12/15/2025 | $465.00 | | 01/14/2026 | $465.00 | |

**Total Receipts: $9,010.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $9,010.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TOWN OF PHILLIPSBURG | | | | | | |
| | 02/10/2025 | $242.74 | 941,187 | 03/04/2025 | ($242.74) | 941,187 |
| | 03/17/2025 | $1,090.73 | 942,648 | 04/14/2025 | $426.29 | 944,070 |
| | 06/16/2025 | $430.82 | 946,964 | 07/14/2025 | $407.66 | 948,398 |
| | 08/18/2025 | $861.64 | 949,709 | 09/16/2025 | $430.82 | 951,075 |
| | 10/20/2025 | $426.29 | 952,578 | 12/15/2025 | $426.29 | 955,415 |
| | 01/05/2026 | ($430.82) | 951,075 | 01/12/2026 | $848.12 | 956,819 |
| UNITED STATES TREASURY/IRS | | | | | | |
| | 02/10/2025 | $6.16 | 8,004,495 | 03/17/2025 | $21.51 | 8,004,537 |
| | 04/14/2025 | $10.81 | 8,004,578 | 06/16/2025 | $10.93 | 8,004,661 |
| | 07/14/2025 | $10.34 | 8,004,703 | 08/18/2025 | $21.86 | 8,004,741 |
| | 09/16/2025 | $10.93 | 8,004,782 | 10/20/2025 | $10.81 | 8,004,822 |
| | 12/15/2025 | $10.81 | 8,004,904 | 01/12/2026 | $19.80 | 8,004,946 |

**Chapter 13 Case # 24-13478**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 521.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,000.00 | 100.00% | 3,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | LVNV FUNDING LLC | UNSECURED | 478.01 | 100.00% | 0.00 | 478.01 |
| 0002 | LVNV FUNDING LLC | UNSECURED | 450.53 | 100.00% | 0.00 | 450.53 |
| 0003 | SYNOVUS BANK | UNSECURED | 446.00 | 100.00% | 0.00 | 446.00 |
| 0004 | FIRST PREMIER BANK | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | GLIA GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0006 | UNITED STATES TREASURY/IRS | PRIORITY | 240.49 | 100.00% | 133.96 | 106.53 |
| 0009 | OPPLOANS | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | PNC BANK NA | (NEW) Prepetition A | 5,651.17 | 100.00% | 0.00 | 5,651.17 |
| 0011 | PNC BANK, NA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | MRV BANKS | UNSECURED | 459.38 | 100.00% | 0.00 | 459.38 |
| 0013 | TOTAL VISA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | TOWN OF PHILLIPSBURG | PRIORITY | 9,480.20 | 100.00% | 4,917.84 | 4,562.36 |
| 0015 | TOWN OF PHILLIPSBURG | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | TOTAL VISA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0020 | UNITED STATES TREASURY/IRS | UNSECURED | 50.99 | 100.00% | 0.00 | 50.99 |
| 0021 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 548.16 | 100.00% | 0.00 | 548.16 |
| 0022 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 555.06 | 100.00% | 0.00 | 555.06 |
| 0023 | LVNV FUNDING LLC | UNSECURED | 439.87 | 100.00% | 0.00 | 439.87 |
| 0024 | CAPITAL COMMUNITY BANK | UNSECURED | 1,174.21 | 100.00% | 0.00 | 1,174.21 |
| 0025 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 15.50 | 100.00% | 0.00 | 15.50 |
| 0026 | PNC BANK NA | (NEW) MTG Agree | 1,610.72 | 100.00% | 0.00 | 1,610.72 |

**Total Paid: $8,572.90**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $9,010.00 - Paid to Claims: $5,051.80 - Admin Costs Paid: $3,521.10 = Funds on Hand: $437.10

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.